United States Court of Appeals

For the Eighth Circuit

_____

No. 19-1784

_____

Jay Michael Williams,

*Plaintiff - Appellant*,

v.

R. Marques, Warden,

*Defendant - Appellee*.

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: November 25, 2019
Filed: December 2, 2019
[Unpublished]

_____

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Jay Williams filed a petition under 28 U.S.C. § 2241 for a writ of habeas corpus. He challenged a Bureau of Prisons regulation barring inmates convicted of certain nonviolent offenses from receiving a sentence reduction under 18 U.S.C. § 3621(e)(2)(B) after successful completion of a residential drug abuse treatment program. Williams initially challenged the regulation under the Administrative

Procedure Act (APA) and later added a challenge under the Fair Sentencing Act (FSA) of 2018. The district court[1] denied relief on both grounds. We agree with the district court that Williams's APA challenge was foreclosed by controlling precedent, and that the FSA did not alter the validity or applicability of the regulation at issue. The judgment is affirmed for the reasons stated by the district court. *See* 8th Cir. R. 47B.

------

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of Magistrate Elizabeth C. Wright, United States Magistrate Judge for the District of Minnesota.